# CASE ANNOUNCEMENTS
*March 28, 2008*

[Cite as *03/28/2008 Case Announcements*, 2008-Ohio-1427.]

## MOTION AND PROCEDURAL RULINGS

**2007–2311.  State v. Skropits.**
Stark App. No. 2007 CA 00098, 2007-Ohio-5817. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. It is ordered by the court, sua sponte, that this cause is consolidated with 2007–2310, *State v. Jones*, Stark App. No. 2007 CA 00139, 2007-Ohio-5818.

It is further ordered by the court that the briefing in case Nos. 2007–2311 and 2007–2310 shall be consolidated. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs.

The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI, and briefing in case Nos. 2007–2310 and 2007–2311 shall commence upon the filing of the record in case No. 2007–2310.

**2008–0466.  Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–724–EL–UNC, 05–725–EL–UNC, 06–1068–EL–UNC, 06–1069–EL–UNC, and 06–1085–EL–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for admission pro hac vice of David C. Rinebolt by Colleen L. Mooney,

It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS
*March 31, 2008*

[Cite as *03/31/2008 Case Announcements*, 2008-Ohio-1447.]

## APPEALS NOT ACCEPTED FOR REVIEW

**2007–2459.  State v. Sherrills.**
Cuyahoga App. No. 89797, 2007-Ohio-6493. Discretionary appeal not accepted.

It is further ordered by the court, sua sponte, that Daries Y. Sherrills is found to be a vexatious litigator under S.Ct.Prac. R. XIV(5)(B). Accordingly,

It is ordered by the court that Daries Y. Sherrills is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the Clerk of this court for the court's review.